| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Sylan Chang, §
§
      Plaintiff, §
§ Civil Action H-13-1952
versus § Civil Action H-13-1755
§
Taylor Morrison, Inc., §
§
      Defendant. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached between counsel, the court dismisses this case with prejudice except that the parties may move for reinstatement by January 2, 2014.

2. This court retains jurisdiction to enforce the settlement.

Signed on December 3, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge